100522216
9-1-17

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF New York

-----------------------------------X

Mark Alford

Plaintiff/Petitioner,

- against -

CBS Corporation

Defendant/Respondent.

-----------------------------------X

**RECEIVED**
AUG 2 9 2017
**Fred Wolsky**

Index No. 190243-17

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by the filing of the accompanying documents with the County Clerk via the New York State Courts Electronic Filing System ("NYSCEF"), is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

Counsel and/or parties **must either**: 1) immediately record their representation within the e-filed matter on the Consent/Represent page in NYSCEF; or 2) file the Notice of Opt-Out form to claim one of the limited exemptions from mandatory e-filing (see below). Failure to record representation may result in an inability to receive electronic notice of any document filings. Claiming an exemption will require the exempt party to serve and be served with hard copy documents.

Counsel and unrepresented parties who intend to participate in e-filing must first create a NYSCEF account and obtain a user ID and password. For additional information about electronic filing, and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov; mailing address: 60 Centre Street, New York, New York 10007).

Exemptions from mandatory e-filing (Section 202.5-bb(e)) are limited to:

1) attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements; and

2) parties who expect to represent themselves and who choose not to participate in e-filing. (Such parties are encouraged to visit www.nycourthelp.gov or contact the Help Center in the court where the action is pending.)

Dated: 8/21/17

_____ (Signature)       _____ (Address)

_____ (Name)            _____

_____ (Firm Name)       _____ (Phone)

To:   All Defendants                   _____ (E-Mail)
      on attached
      Rider

3/30/15

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X Index No.: 190243-17

MARK P. ALFORD and MARY ALFORD,

Date Filed: 8/21/17

                                                    Plaintiff(s),

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

-against-

CBS CORPORATION, f/k/a VIACOM INC.,
  successor by merger to
  CBS CORPORATION, f/k/a
  WESTINGHOUSE ELECTRIC CORPORATION,
CRANE CO.,
FOSTER WHEELER, L.L.C.,
GENERAL ELECTRIC COMPANY,

The Basis of Venue is
Defendants' Place of Business

**SUMMONS**

                                                   Defendants.
-------------------------------------------------------------------X

To the above named Defendant(s)

      **You are hereby summoned** to answer the **verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, August 21, 2017
      New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
700 Broadway
New York, New York 10003
(212) 558-5500

## DEFENDANTS' RIDER

**CBS CORPORATION, f/k/a VIACOM INC.,**
  successor by merger to
  **CBS CORPORATION, f/k/a**
  **WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**CRANE CO.**
100 First Stamford Place
Stamford, CT 06902

**FOSTER WHEELER, L.L.C.**
Route 173 at Frontage Road
Clinton, NJ 08809

**GENERAL ELECTRIC COMPANY**
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------X

MARK P. ALFORD and MARY ALFORD,

                                    Plaintiff(s),

                                 -against-

CBS CORPORATION, f/k/a VIACOM INC.,
   successor by merger to
   CBS CORPORATION, f/k/a
   WESTINGHOUSE ELECTRIC CORPORATION,
CRANE CO.,
FOSTER WHEELER, L.L.C.,
GENERAL ELECTRIC COMPANY,

                                        Defendants.

-----------------------------------------------------------------------X

Index No.:

Date Filed:

**VERIFIED COMPLAINT**

**PLAINTIFF DEMANDS TRIAL BY JURY**

        Plaintiff(s), MARK P. ALFORD and MARY ALFORD, by their attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

        1.    Plaintiff(s), MARK P. ALFORD and MARY ALFORD, by their attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully repeats and realleges   NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7  as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *August 21, 2017*
       New York, New York

                                                      Yours, etc.,

                                                      WEITZ & LUXENBERG, P.C

                                                      Attorneys for Plaintiff(s)
                                                      700 Broadway
                                                      New York, NY  10003
                                                      (212) 558-5500

STATE OF NEW YORK )
                                    ) SS:
COUNTY OF NEW YORK )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: August 21, 2017
New York, New York

/S/
_____
CHRIS ROMANELLI

FILED: NEW YORK COUNTY CLERK 08/21/2017 11:37 AM
NYSCEF DOC. NO. 1

INDEX NO. 190243/2017
RECEIVED NYSCEF: 08/21/2017

Index No.: 190243-17

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

===========================================================

MARK P. ALFORD and MARY ALFORD,

                        Plaintiff(s),

      -against-

CBS CORPORATION, f/k/a VIACOM INC.,
successor by merger to
CBS CORPORATION, f/k/a
WESTINGHOUSE ELECTRIC CORPORATION, et. al.,

                        Defendants.

===========================================================

**SUMMONS and COMPLAINT**

===========================================================

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
**700 Broadway**
**New York, NY 10003**
**212-558-5500**

===========================================================

To
Attorney(s) for

===========================================================

Service of a copy of the within
      is hereby admitted.
Dated, August 21, 2017

...........................................

**Attorney(s) for**

===========================================================

5 of 6

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------X
MARK P. ALFORD and MARY ALFORD,

                                    Plaintiff(s),      **FULL CAPTION RIDER**

          -against-

CBS CORPORATION, f/k/a VIACOM INC.,
  successor by merger to
  CBS CORPORATION, f/k/a
  WESTINGHOUSE ELECTRIC CORPORATION,
CRANE CO.,
FOSTER WHEELER, L.L.C.,
GENERAL ELECTRIC COMPANY,

                                  Defendants.
-----------------------------------------------------------------------X




# NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

**MARK P ALFORD - v. - CBS CORPORATION, f/k/a VIACOM INC., et al**

**190243/2017**

Assigned Judge: None Recorded

## Documents Received on   08/21/2017 11:37 AM

| Doc # | Document Type | Motion # |
|---|---|---|
| 1 | SUMMONS + COMPLAINT | |
|   | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | |

## Filing User

| | | | |
|---|---|---|---|
| Name: | **CHRIS ROMANELLI** | | |
| Phone #: | | E-mail Address: | cromanelli@weitzlux.com |
| Fax #: | | Work Address: | **700 BROADWAY**<br>**NEW YORK, NY 10003** |

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 08/21/2017 11:37 AM:

**ROMANELLI, CHRIS - cromanelli@weitzlux.com**

NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.

---

Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court
Phone: 646-386-5956     Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

NYSCEF Resource Center -  EFile@nycourts.gov
Phone: (646) 386-3033    Fax: (212) 401-9146    Website: www.nycourts.gov/efile